IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KENNETH M. JONES                                                                    PLAINTIFF

vs.                                                        CIVIL ACTION NO. 3:18-cv-281-CWR-FKB

THE MISSISSIPPI SECRETARY OF
STATE'S OFFICE et. al.                                                              DEFENDANTS

**NOTICE OF SERVICE**

Notice is hereby given that the Plaintiff, Kenneth M. Jones, by and through counsel, has upon this date served in the above entitled action the following:

1. **Plaintiff's Second Supplemental Answers to First Set of Interrogatories Propounded to Plaintiff**

The undersigned retains the original of the above papers as custodian thereof.

Respectfully submitted, this the 15th day of June, 2020

**KENNETH M. JONES, PLAINTIFF**

By: /s/ John C. Hall, II
John C. Hall, II

OF COUNSEL:
JOHN C. HALL, II (MSB#: 99384)           E. Carlos Tanner
THE HALL LAW GROUP, PLLC                 TANNER & ASSOCIATES
263 E. PEARL ST.                         263 E. PEARL ST.
JACKSON, MS 39201                        JACKSON, MS 39201
Office: (601) 398-2089                   Direct: 601-460-1745
Fax: (601) 812-6266                      Fax: 662-796-3509
E-mail: jhall@halllawgrp.com             Email:carlos.tanner@thetannerlawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on, I served the foregoing, via U.S. Mail, postage prepaid, or electronic mail, upon the following:

Benjamin Bryant
188 East Capitol Street, Suite 1400
Jackson MS 39201

Respectfully submitted, this, the 15th day of June, 2020.

**KENNETH M. JONES, PLAINTIFF**

By: /s/ John C. Hall, II
John C. Hall, II